UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT MACINTOSH,

    Plaintiff,

v.

BUILDING OWNERS AND MANAGERS
ASSOCIATION INTERNATIONAL, *et al.*,

    Defendants.

Civil Action No. 03-1113 (JMF/EGS)

## ORDER

This case is before me for resolution of all discovery disputes.

In <u>Plaintiff's Motion to Set Aside Claims of Privilege and Work Product Protection and Memorandum in Support</u> [#70], plaintiff identifies the following disputed document requests:

| Exhibit | Description of Document | Produced to Defendants | All Copies Demanded Back | Abbreviated Name |
|---|---|---|---|---|
| P. Ex. 36 | Typed memo to Smithies e-mailed to Smithies using MacIntosh's personal Hotmail account | Yes, on July 23, 2004 | No | "typed note as e-mailed to Smithies" |
| P. Ex. 69A | A partial copy of the e-mail containing text of P. Ex. 36 sent by MacIntosh to Smithies | Yes, but not until Feb. 21, 2005, by fax at 4:30 P.M. | No | "e-mail to Smithies" |
| P. Ex. 37 | A copy of the handwritten note of Burton | Yes, on July 23, 2004 | Yes, on September 22, 2004 | "handwritten note" |

| P. Ex. 362A | September 22, 2004 letter from defense counsel demanding return of all copies of handwritten note | N/A | N/A | "demand for return of all copies of the Burton note" |
|---|---|---|---|---|

In <u>Plaintiff's Motion to Compel Responses to Discovery Requests and Memorandum in Support</u> [#71], plaintiff identifies the following disputed discovery requests:

| **Exhibit** | **Discovery Request** | **Responses in Dispute** |
|---|---|---|
| P. Ex. 405 | MacIntosh's First Set of Interrogatories to Defendant BOMA | Interrogatory Nos. 1, 2, 5, and 7 |
| P. Ex. 320 | MacIntosh's First Request for Documents to Defendants BOMA, Burton and Chamberlain | Request Nos. 14, 15, 17, 50, 51, 52, 53, 54 |
| P. Ex. 321 | MacIntosh's Second Request for Documents to Defendants BOMA, Burton and Chamberlain | Request No. 41 |
| P. Ex. 322 | MacIntosh's First Request for Documents to Defendants Burton and Chamberlain | Request Nos. 1, 2, 3, 4, 5, 6, and 7 |
| P. Ex. 337 | MacIntosh's First Request for Admissions of Defendant BOMA | Request Nos. 1, 2, 3, 5, 6, 7, 8, 9, 10, and 11 |

As it appears that the parties have been able to resolve certain disputes on their own, it is therefore, hereby,

**ORDERED** that, within ten days of the date of this order, the parties are to file a joint stipulation identifying, in chart format as shown above, those discovery disputes that remain.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: