UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT MACINTOSH,

    Plaintiff,

    v.

BUILDING OWNERS AND MANAGERS
ASSOCIATION INTERNATIONAL, *et al.*,

    Defendants.

Civil Action No. 03-1113 (JMF/EGS)

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, therefore, hereby,

**ORDERED** that BOMA file, in camera and under seal, a declaration from a person authorized to speak for the company indicating whether any investigation into MacIntosh's claims was conducted, the names of the persons who conducted it, and what its results were. BOMA shall also file, in camera and under seal, any documents that were either created during the investigation or as a result of it and all documents considered by the persons who conducted the investigation.  It is further, hereby,

**ORDERED** that BOMA produce all documents claimed to be privileged on its privilege log for my in camera inspection.  It is further, hereby,

**ORDERED** that BOMA comply with my directives within ten days of the date of this Order.  Finally, it is, hereby,

**ORDERED** that the parties jointly contact my Chambers to schedule the evidentiary hearing on a mutually agreeable date.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: